## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christine Hodges,

      Plaintiff,

v.

Bradstreet & Associates, LLC,
and Dave Behringer,

      Defendants.

Civil No. 12-937 (RHK/JJG)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal with Prejudice (Doc. No. 7), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 19, 2012

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge